FILED

MAR 27 2008    3-25-08

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

TO: Richard W. Wieking

On September 5, 2007 I filed a complaint under the Civil Rights Act 42 U.S.C. 1983 Case No. C 07-4595 MMC (PR). Can you please update me on any progress. I have yet to hear anything on this issue.

Thank you

Brian O'Donnell
BRIAN O'DONNELL

