FILED 7-29-08

~~Clerk U.S. District Court~~
Richard W. Wieking
Clerk U.S. District Court
Northern District of California

FILED
08 AUG -1 PM 12:16
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RECEIVED
AUG 1 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Re: Amended complaint
Case # C07-4595 MMC (PR)

Can you please give me an update on my Amended complaint that I mailed back to the Court on April 29, 2008. Thank you

Brian O'Donnell
CDCR# T27719
cell # E3-107L
Prison CSATF/SP Corcoran II
P.O. Box 5246
Corcoran CA. 93212-5246

CSATF-SP
Brian O'Donnell
T27719  E3-107L
PO Box 5246
Corcoran, CA.
93212-5246

CSATF STATE PRISON

BAKERSFIELD CA 933
30 JUL 2008 PM L T



Office of the Clerk
US District Court
Northern District of California
450 Golden Gate Ave.
San Francisco, Ca. 94102

9410 2023 6661 0004

c/o M. Torres [signature] 07/29/08

Case 3:07-cv-04595-MMC  Document 10  Filed 08/01/2008  Page 3 of 3