IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BRIAN O'DONNELL,

        Plaintiff,

v.

SHAWN DIETRICH, et al.,

        Defendants.
                                    /

No. CV-07-4595 MMC (PR)

**JUDGMENT IN A CIVIL CASE**

**( ) Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**(X) Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that plaintiff has failed to state a cognizable claim for relief under § 1983. Accordingly, the complaint is hereby DISMISSED without further leave to amend.

Dated: August 19, 2008

Richard W. Wieking, Clerk

By: Tracy Lucero
Deputy Clerk